# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-53690 ERW  
**Case Name:** APOLLO, CARLTON I  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-19 - Time Deposit Account  

**Taxpayer ID #:** 13-7500767  
**Period Ending:** 10/06/08  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/07 | | FUNDING ACCOUNT: ********1266 | | 9999-000 | 35,567.21 | | 35,567.21 |
| 03/06/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 103.90 | | 35,671.11 |
| 06/05/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 89.04 | | 35,760.15 |
| 09/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 53.53 | | 35,813.68 |
| 09/18/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 8.25 | | 35,821.93 |
| 09/18/08 | | Transfer to MMA in preparation for TFR | Transfer to MMA in preparation for TFR | 9999-000 | | 35,821.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 35,821.93 | 35,821.93 | $0.00 |
| | | | Less: Bank Transfers | | 35,567.21 | 35,821.93 | |
| | | | Subtotal | | 254.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $254.72 | $0.00 | |



{} Asset reference(s)

Printed: 10/06/2008 11:47 AM   V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-53690 ERW  
**Case Name:** APOLLO, CARLTON I  

**Taxpayer ID #:** 13-7500767  
**Period Ending:** 10/06/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*12-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/06 | {9} | TCF National Bank/Carlton Apollo | Unscheduled assetm turnover of bank acct from TCF Bank | 1210-000 | 40,000.00 | | 40,000.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.77 | | 40,000.77 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 23.79 | | 40,024.56 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.34 | | 40,049.90 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.22 | | 40,077.12 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.36 | | 40,103.48 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.26 | | 40,130.74 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 27.28 | | 40,158.02 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.52 | | 40,183.54 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 28.17 | | 40,211.71 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 26.43 | | 40,238.14 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.56 | | 40,263.70 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.85 | | 40,290.55 |
| 02/05/07 | {8} | Treasurer of the State of Illinois | Unclaimed property recovered from Illinois Treasurer's office | 1229-000 | 577.88 | | 40,868.43 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-53690 Voided on 02/08/07 | 2300-003 | | 55.63 | 40,812.80 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #05-53690 Voided: check issued on 02/08/07 | 2300-003 | | -55.63 | 40,868.43 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE | 2300-000 | | 55.63 | 40,812.80 |
| | | | Subtotals : | | $40,868.43 | $55.63 | |

{} Asset reference(s)

Printed: 10/06/2008 11:47 AM    V.10.54

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-53690 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | APOLLO, CARLTON I | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-65 - Money Market Account |
| Taxpayer ID #: | 13-7500767 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/06/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | #05-53690, Bond #016026455 | | | | |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.24 | | 40,833.04 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.80 | | 40,854.84 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.54 | | 40,877.38 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.55 | | 40,899.93 |
| 06/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 7.28 | | 40,907.21 |
| 06/11/07 | | To Account #********1266 | in preparation of final report | 9999-000 | | 40,907.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,962.84 | 40,962.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,907.21 | |
| | | | Subtotal | | 40,962.84 | 55.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,962.84 | $55.63 | |

{} Asset reference(s)

Printed: 10/06/2008 11:47 AM   V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 05-53690 ERW
Case Name: APOLLO, CARLTON I

Taxpayer ID #: 13-7500767
Period Ending: 10/06/08

Trustee: DAVID P. LEIBOWITZ (330570)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****12-66 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/07 | | From Account #********1265 | in preparation of final report | 9999-000 | 40,907.21 | | 40,907.21 |
| 07/02/07 | 101 | Trustee Insurance Agency | trustee insurance policy for property for April-May 2007 | 2420-000 | | 340.00 | 40,567.21 |
| 12/06/07 | | ACCOUNT FUNDED: ********1219 | | 9999-000 | | 35,567.21 | 5,000.00 |
| 03/24/08 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #05-53690 | 2300-000 | | 46.92 | 4,953.08 |
| 09/16/08 | | To Account #********1267 | Transfer in preparation of final report | 9999-000 | | 4,953.08 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,907.21 | 40,907.21 | $0.00 |
| | | | Less: Bank Transfers | | 40,907.21 | 40,520.29 | |
| | | | Subtotal | | 0.00 | 386.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $386.92 | |

{} Asset reference(s)

Printed: 10/06/2008 11:47 AM   V.10.54

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 05-53690 ERW | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | APOLLO, CARLTON I | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****12-67 - Money Market Account |
| Taxpayer ID #: | 13-7500767 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/06/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/16/08 | | From Account #********1266 | Transfer in preparation of final report | 9999-000 | 4,953.08 | | 4,953.08 |
| 09/18/08 | | Transferfrom TDA in preparation for TFR | Transferfrom TDA in preparation for TFR | 9999-000 | 35,821.93 | | 40,775.01 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 40,777.20 |
| | | | ACCOUNT TOTALS | | 40,777.20 | 0.00 | $40,777.20 |
| | | | Less: Bank Transfers | | 40,775.01 | 0.00 | |
| | | | Subtotal | | 2.19 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2.19 | $0.00 | |

Net Receipts :          41,219.75

Net Estate :            $41,219.75

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| CD # ***-*****12-19 | 254.72 | 0.00 | 0.00 |
| MMA # ***-*****12-65 | 40,962.84 | 55.63 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 386.92 | 0.00 |
| MMA # ***-*****12-67 | 2.19 | 0.00 | 40,777.20 |
| | $41,219.75 | $442.55 | $40,777.20 |

{} Asset reference(s)

Printed: 10/06/2008 11:47 AM        V.10.54