**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| APOLLO, CARLTON I | ) | |
| | ) | CASE NO. 05-53690 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. Bankruptcy Court
   219 S. Dearborn, Courtroom 744
   Chicago, Illinois 60604

   on: **December 9, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $    41,219.75

   b. Disbursements                               $       442.55

   c. Net Cash Available for Distribution $    40,777.20

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 3,292.78 | $ |
| Trustee | $ 0.00 | $ | $ 491.29 |
| Trustee's Attorney | $ 0.00 | $ 7,895.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 74.79 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $63,113.55, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $45.99%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC., its successors and assigns, as assignee o | $ 51.74 | $ 23.79 |
| 2 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA | $ 991.66 | $ 456.02 |
| 5 | *Trasie A. Brown (claim treated pursuant to 11 USC § 726(a)(2)(C) as of equal priority to general unsecured claims) | $ 62,070.15 | $ 28,543.35 |

*Claim was tardy filed but will be treated as General Unsecured Claim per Court    Order Entered September 03, 2008

Allowed general unsecured claims filed tardy are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | eCAST Settlement corporation assignee of HSBC Bank Nevada NA / HSBC Card | $ 2,31.014 | $ 0.00 |
| 4 | Banco Popular North America | $ 8,375.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **November 6, 2008**           For the Court,

                             By: **KENNETH S. GARDNER**
                                 Kenneth S. Gardner
                                 Clerk of the United States Bankruptcy Court
                                 219 S. Dearborn Street, 7th Floor
                                 Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Nov 06, 2008
Case: 05-53690                Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Nov 08, 2008.
db           Carlton I Apollo,   142 Marshall Ave,   Bellwood, IL 60104-1122
aty         +Chaya D Williams,   Leibowitz Law Center,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty         +Laura Barrientos Duvall,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty         +Sarah R. MacMaster,   Gleason & MacMaster LLC,   77 W Washington Suite 1218,
              Chicago, IL 60602-3246
aty         +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
aty         +Troy L Gleason,   Gleason And Gleason LLC,   77 W Washington Ste 1218,   Chicago, IL 60602-3246
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10204993     Apollo Carlton I,   142 Marshall Ave,   Bellwood, IL 60104-1122
11264454    +Banco Popular North America,   8523 Commodity Circle Drive,   Suite 100,
              Orlando, Florida 32819-9002
10204995    +Banco Populr,   9600 W BRYN MAWR A 3RD FLOOR,   Des Plaines, IL 60018-5209
10204996     Certegy Payment Reovery Services,   11601 Roosevelt Blvd N,   Saint Petersburg, FL 33716-2202
10204997     ChexSystems,   Consumer Relations,   12005 Ford Rd Ste 600,   Dallas, TX 75234-7253
10204998     City Of Berwyn,   Attn Parking Ticket,   6401 31st St,   Berwyn, IL 60402-3106
10204999     DPPS/SCAN,   Attn: Consumer Referral Services,   7805 Hudson Rd Ste 100,
              Woodbury, MN 55125-1595
10205000     Equifax,   PO Box 740241,   Atlanta, GA 30374-0241
10205001     Experian,   PO Box 2002,   Allen, TX 75013-2002
10205002     Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
10204994    +Gleason And MacMaster,   77 W Washington Ste 1218,   Chicago, IL 60602-3246
10205003     Harris Bank,   Clc Servicing,   PO Box 5043,   Rolling Meadows, IL 60008-5043
10205004    +Hsbc Nv,   PO Box 98706,   Las Vegas, NV 89193
10205005     Park Dansan Collections,   113 W 3rd Ave,   Gastonia, NC 28052-4320
10205006    +Tcf Ntl Bnk,   405 Robert St N,   Saint Paul, MN 55101
10205007     Telecheck,   PO Box 17390,   Denver, CO 80217-0390
11865686    +TraSie A. Brown,   c/o Weisman & Weisman, P.C.,   100 N. LaSalle Street  Suite 1910,
              Chicago, IL 60602-3521
10205008     Trans Union,   PO Box 1000,   Crum Lynne, PA 19022-2001
11865649    +Trasie A. Brown,   c/o Weisman & Weismn, P.C.,   100 N. LaSalle Street  Suite 1910,
              Chicago, IL 60602-3521
11865648    +Trasie Brown,   c/o Weisman & Weisman, P.C.,   100 N. LaSalle Street,   Chicago, IL 60602-2448
10205009     Village Of Oak Park,   Attn Parking Dept,   Oak Park, IL 60301
10761686     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission on Nov 07, 2008.
10740003     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP/MCI,
              Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**              **Signature:** *Joseph Speetjens*