IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| APOLLO, CARLTON I | ) | |
| | ) | CASE NO. 05-53690 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | | |
|---|---|---|---|---|
| 1. | Trustee's compensation | | $ | 3,292.78 |
| 2. | Trustee's expenses | | $ | 491.29 |
| | | TOTAL | $ | 3,784.07 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is field with the Clerk of the Bankruptcy Court.

Dated  9 DEC 2008

ENTERED: _____
EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| APOLLO, CARLTON I | ) | |
| | ) | CASE NO. 05-53690 ERW |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Application of Leibowitz Law Center for Final Compensation and Expense Reimbursement, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the compensation and expenses are allowed as follows:

1. Attorney for the Trustee

    a. Compensation                                $       7,895.00

    b. Expenses                                    $          74.97

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated **9 DEC 2008**

ENTERED: _[signature]_
EUGENE R. WEDOFF
UNITED STATES BANRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **APOLLO, CARLTON I** | ) | |
| | ) | **CASE NO. 05-53690 ERW** |
| | ) | |
| | ) | **JUDGE EUGENE R. WEDOFF** |
| **Debtor(s)** | ) | |

**AMENDED DISTRIBUTION REPORT**

I, DAVID P. LEIBOWITZ, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,754.04 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 29,031.91 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 40,785.95 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $11,754.54 | 100.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | DAVID P. LEIBOWITZ, Trustee Fees | 3,292.78 | 3,292.78 |
| | DAVID P. LEIBOWITZ, Trustee Expenses | 491.29 | 491.29 |
| | LEIBOWITZ LAW CENTER, Attorney for Trustee Fees | 7,895.00 | 7,895.00 |
| | Leibowitz Law Center, Attorney for Trustee Expenses | 74.97 | 74.97 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $63,113.55 | 45.99% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | LVNV Funding LLC., its successors and assigns, as assignee | 51.74 | 23.80 |
| 2 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA | 991.66 | 456.16 |
| 5 | *Trasie A. Brown (claim treated pursuant to 11 USC § | 62,070.15 | 28,551.95 |

**EXHIBIT D**

726(a)(2)(C) as of equal priority to general unsecured claims)

*Claim was tardy filed but will be treated as General Unsecured Claim per Court Order Entered September 3, 2008

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $10,506.01 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 3 | eCAST Settlement Corporation assignee of | 2,131.01 | 0.00 |
| 4 | Banco Popular North America | 8,375.00 | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**EXHIBIT D**

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:    December 9, 2008            /s/ David P. Leibowitz
                                       DAVID P. LEIBOWITZ, Trustee

**EXHIBIT D**